# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ALLEN MARTIN

CIVIL ACTION

VERSUS

16-266-SDD-RLB

DARREL VANNOY, ET AL.

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 13, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's *Petition for Writ of Habeas Corpus*[4] is DENIED and this proceeding is dismissed. It is further ordered that, in the event the Petitioner pursues and appeal in this case, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 6th day of July, 2018.

*Shelly D. Dick*

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Doc. 14.
[4] Rec. Doc. 1.